| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Jeffrey B. Isaacs (SBN 117104)<br>Jerome H. Friedberg (SBN 125663)<br>Isaacs \| Friedberg LLP<br>555 South Flower Street, Suite 4250<br>Los Angeles, California 90071<br>Phone: (213) 919-5550;<br>Email: jisaacs@ifcounsel.com<br>       jfriedberg@ifcounsel.com<br>ATTORNEY(S) FOR: Plaintiff James Poe | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES POE,<br><br>                                Plaintiff(s),<br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                                Defendant(s) | CASE NUMBER:<br>2:21-cv-02899<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff James Poe_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| [NO MONETARY RELIEF SOUGHT] | |

April 3, 2021
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff James Poe

CV-30 (05/13)                                    NOTICE OF INTERESTED PARTIES