Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:      (213) 929-5550
Facsimile:  (213) 955-5794
Email:    *jisaacs@ifcounsel.com*
          *jfriedberg@ifcounsel.com*

*Attorneys for Plaintiff James Poe*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES POE,** | Case No. 2:21-cv-02899 |
| Plaintiff, | |
| vs. | **NOTICE OF RELATED CASES** |
| **UNITED STATES OF AMERICA; TRACY L. WILKISON,** in her official capacity only; **KRISTI KOONS JOHNSON,** in her official capacity only, | **[Local Rule 83-1.3.1]** |
| Defendants. | |

1

**NOTICE OF RELATED CASES**

483245.3

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff James Poe hereby provides notice of a related case pursuant to Local Rule 83-1.3.1.

This case is related to the following civil case pending in this district before United States District Judge Gary R. Klausner: *John Doe v. United States of America, et al.,* Case No. 2:21-cv-02803.

*First*, both cases arise from the same or a closely related transaction, happening, or event. In particular, both cases involve plaintiffs who leased safety deposit boxes at US Private Vaults ("**USPV**"), located at 9182 West Olympic Boulevard, Beverly Hills, California 90212, and the government's unlawful search and seizure of those safe deposit boxes without probable cause or a valid search warrant, in violation of plaintiffs' Fourth Amendment rights.

*Second,* both cases call for determination of the same or substantially related or similar questions of law and fact. In particular, both cases require determination of whether the government's search, seizure, inspection and inventorying of plaintiffs' USPV safe deposit boxes was in violation of their Fourth and Fifth Amendment rights, and, if so, what relief is authorized and appropriate.

*Third*, the defendants in both cases are the same and the relief sought in both cases is essentially the same; therefore, there would be a substantial duplication of labor if the two cases were heard by different judges.

DATED: April 3, 2021                ISAACS | FRIEDBERG LLP

_____
Jeffrey B. Isaacs, Esq.
Jerome H. Friedberg, Esq.
*Attorneys for Plaintiff James Poe*