Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:     (213) 929-5550
Facsimile: (213) 955-5794
Email:    *jisaacs@ifcounsel.com*
          *jfriedberg@ifcounsel.com*

*Attorneys for Plaintiff James Poe*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES POE,** | Case No. 2:21-cv-02899 |
| Plaintiff, | |
| vs. | **PLAINTIFF JAMES POE'S JOINDER IN PLAINTIFF JOHN DOE'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION IN CASE NO. 2:21-CV-02803** |
| **UNITED STATES OF AMERICA; TRACY L. WILKISON,** in her official capacity only; **KRISTI KOONS JOHNSON,** in her official capacity only, | |
| Defendants. | |
| | *[Filed Concurrently with Declaration of Jeffrey B. Isaacs and [Proposed] Order]* |

1

**PLAINTIFF JAMES POE'S JOINDER IN PLAINTIFF JOHN DOE'S *EX PARTE* APPLICATION FOR TRO AND OSC RE: PRELIMINARY INJUNCTION**

483241.3

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff James Poe, by and through the undersigned attorneys, hereby joins the *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, filed by Plaintiff John Doe in *John Doe v. United States of America, et al.*, Case No. 2:21-cv-02803.

This Joinder is based upon the accompanying Declaration of Jeffrey B. Isaacs and the files and records in this case and in Case No. 2:21-cv-02803.

DATED:  April 3, 2021                                     ISAACS | FRIEDBERG LLP

                                                                            _____
                                                                            Jeffrey B. Isaacs, Esq.
                                                                            Jerome H. Friedberg, Esq.
                                                                            *Attorneys for Plaintiff James Poe*