# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES POE,** <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>**UNITED STATES OF AMERICA;** <br>**TRACY L. WILKISON,** <br>　in her official capacity only; <br>**KRISTI KOONS JOHNSON**, <br>　in her official capacity only, <br><br>　　　　Defendants. | Case No. 2:21-cv-02899 <br><br> **[PROPOSED] ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** <br><br> *[Filed Concurrently with Joinder and Declaration of Jeffrey B. Isaacs]* |

1

**[PROPOSED] ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

483257.2

Pursuant to Federal Rule of Civil Procedure Rule 65 and Central District Local Rule 6.5, Plaintiff joined in an ex parte application filed in Case No. 2:21-cv-02803, seeking an order to show cause why a preliminary injunction should not issue and for a temporary restraining order enjoining Defendants from continuing to violate Plaintiff's constitutional rights.

After consideration of Plaintiff's joinder and the moving and opposition papers filed in Case No. 2:21-cv-02803, the Court hereby **ORDERS** Defendants to show cause why a preliminary injunction should not issue, and, pending hearing on the Order to Show Cause, **GRANTS** Plaintiff's request for a temporary restraining order.

### ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

Defendants are hereby **ORDERED TO SHOW CAUSE** why a preliminary injunction should not issue enjoining Defendants from:

(a) Refusing to make reasonably available to safe deposit box holders or their counsel at US Private Vault ("USPV"), located at 9182 W. Olympic Boulevard, Beverly Hills, California 90212, copies of the search warrant purportedly authorizing the search of that location and/or any safe deposit boxes located at that address, and a copy of the receipt of property taken from that location, in a manner that allows box holders, or their counsel, to obtain a copy of those documents without first requiring disclosure of the box holder's identity to Defendants or their agents;

(b) Breaking open and inspecting any box seized from USPV in connection with any search of that location for which Defendants do not have a search warrant that identifies the specific box to be searched or inspected by number, or by other specific identifying information that identifies the box before it is opened;

(c) Requiring box holders to identify themselves to Defendants as a condition precedent to regaining possession of their safe deposit boxes and the contents thereof; and

(d) Instigating investigations, or using in any investigation any

information Defendants gained directly or indirectly, from inspecting the contents of safe deposit boxes for which Defendants did not have, as of the date of the search and seizure, a search warrant that identified the specific box to be searched or inspected by number, or by other specific identifying information that identified the box before it was opened.

Defendants are **FURTHER ORDERED TO SHOW CAUSE** why a preliminary injunction should not issue requiring the imposition of certain procedural safeguards, including:

(e) To the extent Defendants already have irreparably altered the boxes, such as by drilling them open in a manner that will render the box holder's keys inoperable, Defendants shall employ a Special Master to implement a procedure and mechanism for confirming the identity of any box holder and allowing for the return of property in the seized box to that box holder; and

(f) To the extent there is any dispute about whether the contents of a returned box is damaged or missing due to Defendants' actions, Defendants shall employ and refer such issues to the Special Master for consideration in a manner that protects the box holder's identity, and Defendants shall provide the Special Master with any and all records they created regarding the inventory of the boxes at issue.

Defendants are **FURTHER ORDERED** to appear before this Court in Courtroom ___, located at 350 West 1st Street, Los Angeles, California 90012, on _____, 2021 at ____ .m., or as soon thereafter as this matter may be heard. Plaintiff shall file any additional brief and supporting evidence for Plaintiff's requested motion for preliminary injunction by _____, 2021; Defendants shall file their opposition to the motion for preliminary injunction by _____, 2021, and Plaintiff shall file Plaintiff's reply brief by _____, 2021.

### TEMPORARY RESTRAINING ORDER

The Court finds that (1) Plaintiff is likely to succeed on the merits of Plaintiff's claims; (2) there is a likelihood of immediate and irreparable harm to

1  Plaintiff based on continuing violations of his constitutional rights; (3) the balance
2  of the equities tips in Plaintiff's favor; and (4) the injunctive relief requested here is
3  in the public interest.
4       Therefore, pending hearing on the Order to Show Cause re: Preliminary
5  Injunction, it is hereby **ORDERED** that Defendants are enjoined from:
6       (a)  Refusing to make reasonably available at the USPV, located at
7  9182 W. Olympic Boulevard, Beverly Hills, California 90212, copies of the search
8  warrant purportedly authorizing the search of that location and/or any safe deposit
9  boxes located at that address, and copies of the receipt of property taken, in a manner
10 that allows box holders and/or their counsel to obtain a copy of such documents
11 without first requiring disclosure of the box holder's identity to Defendants or their
12 agents;
13      (b)  Inspecting the contents of any box seized from USPV in
14 connection with any search of that location for which Defendants do not have a
15 search warrant that identifies the specific box to be searched or inspected by number,
16 owner, or other specific identifying information;
17      (c)  Instigating investigations, or using in any investigation any
18 information Defendants have gained directly or indirectly, from inspecting the
19 contents of boxes for which Defendants did not have, as of the date of the search and
20 seizure, a search warrant that identifies the specific box to be searched or inspected
21 by number, owner, or other specific identifying information; and
22      (d)  Advising any person inquiring about return of the contents of any
23 seized box that box holders must identify themselves to Defendants as a condition
24 precedent to regaining possession of their box or its contents.
25      **IT IS FURTHER ORDERED THAT:**
26      1.   This Temporary Restraining Order is effective immediately upon
27 issuance;
28      2.   A copy of this Order shall be served on Defendants via email by no

1 later than _____ .m. on _____, 2021; and

2     3.    Defendants shall file status reports regarding compliance with this order each Monday until the hearing on the Order to Show Cause why preliminary injunction should not issue is held.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
Hon. Gary R. Klausner
United States District Judge

Presented by:

**ISAACS | FRIEDBERG LLP**

_____
By: Jeffery B. Isaacs, Esq.