Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:      (213) 929-5550
Facsimile:  (213) 955-5794
Email:   *jisaacs@ifcounsel.com*
             *jfriedberg@ifcounsel.com*

*Attorneys for Plaintiff James Poe*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES POE,**<br><br>                    Plaintiff,<br><br>          vs.<br><br>**UNITED STATES OF AMERICA;**<br>**TRACY L. WILKISON,**<br>  in her official capacity only;<br>**KRISTI KOONS JOHNSON**,<br>  in her official capacity only,<br><br>                    Defendants. | Case No. 2:21-cv-02899<br><br>**DECLARATION OF JEFFREY B. ISAACS IN SUPPORT OF PLAINTIFF JAMES POE'S JOINDER IN PLAINTIFF JOHN DOE'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION IN CASE NO 2:21-cv-02803**<br><br>*[Filed Concurrently with Joinder and [Proposed] Order]* |

## DECLARATION OF JEFFREY B. ISAACS

I, Jeffrey B. Isaacs, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of California and a partner in the law firm of Isaacs | Friedberg LLP, counsel of record for Plaintiff James Poe.

2. I make this declaration in support of Plaintiff James Poe's Joinder in Plaintiff John Doe's *Ex Parte* Application for Temporary Restraining Order to Show Cause Re: Preliminary Injunction, filed in *John Doe v. United States of America*, United States District Court for the Central District of California, Case No. 2:21-cv-02803. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge, and, if called upon to do so, I could and would so testify.

3. Plaintiff James Poe leases and maintains a safe deposit box at US Private Vaults ("**USPV**") in Beverly Hills, California.[1]

4. Plaintiff was given the keys to the leased box and has maintained control over the box since the commencement of the lease. Plaintiff keeps currency in the box, which is part of Plaintiff's savings and for purposes of emergencies. None of the currency is contraband. The currency was in Plaintiff's box as of March 22, 2021.

5. Plaintiff learned on or about March 23, 2021, that the government was searching and seizing all of the safe deposit boxes at USPV, and that to make a claim to the property contained in his box per the instructions on the FBI website, he would have to disclose his name, telephone numbers, email address and street address, and that he might be contacted by an FBI agent for additional details.

---

[1] This declaration uses male pronouns only as a grammatical convenience consistent with the reference to James Poe. Plaintiff makes no allegation as to her or his gender.

**DECLARATION OF JEFFREY B. ISAACS IN SUPPORT OF PLAINTIFF JAMES POE'S JOINDER IN PLAINTIFF JOHN DOE'S *EX PARTE* APPLICATION**

483242.3

6. According to the Declarations of attorneys Ariel Neuman and Benjamin Gluck, counsel for Plaintiff John Doe in Case No. 2:21-cv-02803, they have been informed by the Assistant United States Attorney handling this matter, Andrew Brown, that it is the intent of the government to criminally investigate all persons that the government can identify as a USPV box holder.

7. Because Plaintiff is effectively being required to waive his Fifth Amendment privilege against self-incrimination as a condition precedent to regaining possession of his property that the government unlawfully seized in the first place, Plaintiff has filed this action pseudonymously.

8. Plaintiff has been unable to enter the USPV facility or access the contents of his safe deposit box since the government commenced its search on or about March 22, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of April 2021, at Los Angeles, California.

_____
JEFFREY B. ISAACS