# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| JAMES POE<br><br>PLAINTIFF(S)<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>DEFENDANT(S). | 2:21−cv−02900−PSG−SK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 4/3/2021 | 1−8 | Various |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Documents were e−filed with the incorrect case number. The correct case number assigned to this action is 2:21−cv−02900.

Clerk, U.S. District Court

Dated: April 5, 2021      By: /s/ Carmen Lujan  Carmen_Lujan@cacd.uscourts.gov
                                 Deputy Clerk