# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES POE <br><br> PLAINTIFF(S) <br><br> v. <br><br> UNITED STATES OF AMERICA, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:21–cv–02900–PSG–SK <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|  4/3/2021  |  4  |  Request for Summons  |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**




*Other Error(s):*

Summons has already been issued as to Tracy L. Wilkison per item 5.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re–file your summons request.

Clerk, U.S. District Court

By:  /s/ *Carmen Lujan*
 *Carmen_Lujan@cacd.uscourts.gov*
Deputy Clerk

Date: April 5, 2021

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –