UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-2900 PSG (SKx) | Date | April 6, 2021 |
|---|---|---|---|
| Title | James Poe v. United States of America, et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**  The Court STRIKES Plaintiff's notice of joinder

Before the Court is a notice of joinder filed by Plaintiff James Poe. *See generally* Dkt. # 8. Plaintiff seeks to join the *ex parte* request for a temporary restraining order ("TRO") and order to show cause re: preliminary injunction, which was filed by a different plaintiff in a different case and which is being considered by a different district judge. *See id.* at 2.

Plaintiff has provided no coherent basis upon which he can join the motion of a case in which he is not a party, let alone that he could do so by filing a notice in this case (as opposed to the case in which the TRO was requested). Indeed, Federal Rule of Civil Procedure 65 explicitly references the ability to move for a TRO against an *adverse party*. Because Plaintiff is not a party in the case in which the request for the TRO was filed, no party in that matter is adverse to him. Accordingly, the Court **STRIKES** Plaintiff's notice of joinder.

**IT IS SO ORDERED.**